IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ANNA SCHRAUDNER, | CV 18-108-BLG-TJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT** |
| YELLOWSTONE COUNTY, et al., | |
| Defendants. | |

Plaintiff has filed an Unopposed Motion to Amend the Complaint. (Doc. 13.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is **GRANTED**. Plaintiff shall promptly file the Amended Complaint in accordance with Civil Local Rule 15.1.

Plaintiff indicates the proposed Amended Complaint moots Defendants' pending Motion for Partial Judgment on the Pleadings, and that she has conferred with Defendants and they do not object to the instant motion. The Court has likewise reviewed the proposed Amended Complaint and pending Motion for Partial Judgment on the Pleadings, and agrees the Amended Complaint resolves the issues identified by Defendants. Accordingly, IT IS FURTHER ORDERED that Defendants' pending Motion for Partial Judgment on the Pleadings (Doc. 8) is

**DENIED as MOOT** in light of the Amended Complaint.

DATED this 1st day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge